# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-10253   Trent Taylor v. Marion Williams, et al
                USDC No. 5:14-CV-149

The court has reopened the above case in light of receiving letter from appellant advising of the proper parties on appeal (appellees) in accordance with the Court's order of January 19, 2018.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

Ms. Karen S. Mitchell
Mr. Trent Taylor
Ms. Ariel Nicole Wiley